**Exhibit D**

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Debra Tumlinson v. Serge Pilon, Gorski Bulk Transport, Inc.

| | |
|---|---|
| Case Number | 41D01-2001-CT-000020 |
| Court | Johnson Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 01/29/2020 |
| Status | 01/29/2020 , Pending (active) |

## Parties to the Case

Defendant   Pilon, Serge

Address
7743 Rue Saint Gerard
Montreal, Quebec H2R 2K5
Canada

Attorney
Christopher R Whitten
*#2042949, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Defendant   Gorski Bulk Transport, Inc.

Address
c/o Process Agent Service Company, Inc.
Daniel Bradford, 11940 Pebblepointe Pass
Carmel, IN 46033

Attorney
Christopher R Whitten
*#2042949, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Plaintiff   Tumlinson, Debra

Address
2304 South Rogers #40
Bloomington, IN 47403

Attorney
Brad Smith
*#2278347, Retained*

104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

### 01/29/2020 Case Opened as a New Filing

### 01/29/2020 Complaint/Equivalent Pleading Filed
Complaint for Damages

| Filed By: | Tumlinson, Debra |
| --- | --- |
| File Stamp: | 01/29/2020 |

### 01/29/2020 Appearance Filed
Appearance

| For Party: | Tumlinson, Debra |
| --- | --- |
| File Stamp: | 01/29/2020 |

### 01/29/2020 Subpoena/Summons Filed
Summons to Serge Pilon

| Filed By: | Tumlinson, Debra |
| --- | --- |
| File Stamp: | 01/29/2020 |

### 01/29/2020 Subpoena/Summons Filed
Summons to Gorski Bulk Transport

| Filed By: | Tumlinson, Debra |
| --- | --- |
| File Stamp: | 01/29/2020 |

### 02/14/2020 Appearance Filed
Appearance of Christopher Whitten and Emily Gettum

| For Party: | Pilon, Serge |
| --- | --- |
| For Party: | Gorski Bulk Transport, Inc. |
| File Stamp: | 02/14/2020 |

### 02/14/2020 Motion for Enlargement of Time Filed
Motion for Enlargement of Time

| Filed By: | Pilon, Serge |
| --- | --- |
| Filed By: | Gorski Bulk Transport, Inc. |
| File Stamp: | 02/14/2020 |

### 02/18/2020 Order Granting Motion for Enlargement of Time
Order on Defendants' Motion for Enlargement of Time. Granted. ba

| Judicial Officer: | Barton, Kevin |
| --- | --- |
| Order Signed: | 02/15/2020 |

02/19/2020  **Automated ENotice Issued to Parties**
Order Granting Motion for Enlargement of Time ---- 2/18/2020 : Brad Smith;Christopher R Whitten

## Financial Information
* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Tumlinson, Debra
Plaintiff

Balance Due (as of 03/03/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/29/2020 | Transaction Assessment | 157.00 |
| 01/29/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.